OPINION — AG — UNDER THE PROVISIONS OF 26 O.S. 1976 Supp. 15-108 [26-15-108], AND 26 O.S. 1976 Supp. 15-102 [26-15-10], A 'CONTRIBUTION' IN EXCESS OF FIVE THOUSAND DOLLARS, TO AN 'ORGANIZATION' IS UNLAWFUL IN THAT IT MAY NOT BE RECEIVED BY THE ORGANIZATION ESTABLISHED TO WAGE A CAMPAIGN FOR OR AGAINST A STATE QUESTION. CITE: 26 O.S. 1976 Supp. 15-102(3) [26-15-102], (MICHAEL CAUTHRON)